# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN ETZE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| KILOLO KIJAKAZI, *et al.*, | : | No. 22-32 |
| Defendants. | : | |

## ORDER

**AND NOW,** this 26th day of May, 2023, upon consideration of the Plaintiff's Request for Review (ECF Doc. No. 6), Defendant's Response in Opposition (ECF Doc. No. 7), and Plaintiff's Brief in Reply (ECF Doc. No. 8), for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Plaintiff's Request for Review is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. Judgment will be entered by separate order filed contemporaneously with this order.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

__*s/Pamela A. Carlos*_____
PAMELA A. CARLOS
United States Magistrate Judge